UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH JUNIOR EVANS, | Case No. 21-cv-04521-PJH |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| , | |
| Defendant. | |

This case was opened when plaintiff, a state prisoner proceeding pro se, wrote a letter to the court. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. Plaintiff has now filed a notice that he did not intend to initiate an action and seeks to dismiss this case. This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED.**

Dated: July 12, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge